United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-12423-jkf
Migdalia Ruiz                                                         Chapter 13
Jesus Ruiz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 2           Date Rcvd: Jul 30, 2018
                              Form ID: 138NEW       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db/jdb         +Migdalia Ruiz,   Jesus Ruiz,   501 Park Street,   Oxford, PA 19363-1537
13035955       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington, Texas   76096)
13018490       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
13000221       +GM Financial,   801 Cherry Street,   Suite 3500,   Fort Worth, TX 76102-6854
13000222       +One Main Financial,   1927 Fruitville Pike,   Lancaster, PA 17601-3915
13000223       +Peebles Department Store,   1 Peebles Street,   South Hill, VA 23970-3320
13172874       +U.S. Bank National  Assoc. (Trustee for the Pennsy,   211 North Front Street,   P.O. Box 15057,
                 Harrisburg, PA 17105-5057
13000225       +Walmart,   702 SW 8th Street,   Bentonville, AR 72712-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 31 2018 01:59:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2018 01:59:42
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2018 01:59:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13032140        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2018 02:11:59     OneMain Financial Inc,
                 P.O. Box 6042,   Sioux Falls, SD 57117-6042
13000224       +E-mail/Text: blegal@phfa.org Jul 31 2018 01:59:51    PHFA,   211 North Front Street,
                 P.O. Box 15057,   Harrisburg, PA 17105-5057
13120731        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2018 02:10:00
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
13104674        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2018 01:59:39
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
          AARON DIEGO MARTIN    on behalf of Debtor Migdalia  Ruiz admartin@mette.com, smramsey@mette.com
          AARON DIEGO MARTIN    on behalf of Joint Debtor Jesus  Ruiz admartin@mette.com, smramsey@mette.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com

```
District/off: 0313-2          User: PaulP                 Page 2 of 2                   Date Rcvd: Jul 30, 2018
                              Form ID: 138NEW             Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                          TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Migdalia Ruiz and Jesus Ruiz
    Debtor(s)

Bankruptcy No: 13–12423–jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/30/18

    51 – 50
    Form 138_new